RECEIVED
JAN 1 0 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| COREY EVANS | CIVIL ACTION NO. 1:16-CV-01214 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WILLIAM A. SHERROD, WARDEN | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Evans's §2241 petition is DENIED AND DISMISSED WITH PREJUDICE.

Additionally, the Court notes the copy of the Report and Recommendation mailed November 15, 2017 to Mr. Evans's last known address was returned to the Clerk of Court on November 27, 2017, marked "return to sender." Thirty days have passed since November 27, 2017, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is appropriate.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 10th day of January, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE